JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBA HUANTE, | Case No. 1:18-cv-01679-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

  IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 06/15/2019 to 07/15/2019, for Plaintiff to serve Defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

  This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due to several merit briefs being due on the same week.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration.

1

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                              Respectfully submitted,

Dated: June 7, 2019                PENA & BROMBERG, ATTORNEYS AT LAW

                            By: */s/ Jonathan Omar Pena*
                                 JONATHAN OMAR PENA
                                 Attorneys for Plaintiff

Dated: June 10, 2019              MCGREGOR W. SCOTT
                                     United States Attorney
                                     DEBORAH LEE STACHEL
                                     Regional Chief Counsel, Region IX
                                     Social Security Administration

                            By:  *\*/s/ Carol S. Clark*
                                  Carol S. Clark
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant
                                  (\*As authorized by email on __06/10/2019__)

IT IS SO ORDERED.

    Dated:   **June 11, 2019**                       **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE