McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK MOBN 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ELVA HUANTE, <br><br> Plaintiff, <br><br> vs. <br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:18-cv-01679-GSA <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended by an additional 30 days, from August 12, 2019, to Wednesday, September 11, 2019. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional time because counsel for Defendant will traveling out of town for family matters on August 13, 2019, and due to an oral argument and other assignments currently due on August 12, 2019, will be unable to complete the brief and circulate it for required reviews prior to the current filing deadline. Counsel for

Defendant has conferred with counsel for Plaintiff, who stipulates to this request. The parties further stipulate that all subsequent dates in the Court's Scheduling Order shall be modified accordingly. Counsel for Defendant apologizes to the Court and to Plaintiff for any inconvenience caused by this delay.

Respectfully submitted,

Dated: August 12, 2019 /s/ Jonathan Pena
(signature authorized via email on August 12, 2019)
JONATHAN PENA
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Carol S. Clark
CAROL S. CLARK
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated: **August 13, 2019**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE