McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK MOBN 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELVA HUANTE,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-01679-GSA<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF THE SOCIAL SECURITY ACT |

IT IS HEREBY STIPULATED, by and between Elva Huante (Plaintiff) and Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence concerning physical

and mental impairments, and explain the weight given to the opinion evidence. The Appeals Council will instruct the ALJ to reassess Plaintiff's subjective statements about symptoms. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: September 11, 2019

/s/ *Jonathan Pena*
JONATHAN PENA
Attorney for Plaintiff
(signature authorized via email on September 11, 2019)

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Carol S. Clark*
CAROL S. CLARK
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

   Dated: **September 12, 2019**       **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE