# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBA HUANTE,<br><br>        Plaintiff,<br><br>  v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>        Defendant. | CASE NUMBER: 1:18-cv-01679-GSA<br><br>**ORDER DIRECTING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEY FEES** |

Defendant is **DIRECTED** to respond to Plaintiff's fee motion (Doc. 22), or indicate lack of objection to the motion, by July 12, 2021.

IT IS SO ORDERED.

Dated: __**June 29, 2021**__              __/s/ Gary S. Austin__
                                                      UNITED STATES MAGISTRATE JUDGE